JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD CHAUN LOYER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>STIRLING PRICE,<br><br>　　　　Respondent. | Case No. 2:23-cv-05131-FWS-RAO<br><br>JUDGMENT |

　　　Pursuant to the Order of Summary Dismissal and Denial of Certificate of Appealability,

　　　IT IS ADJUDGED that this action is summarily dismissed without prejudice.

　　　**IT IS SO ORDERED**.

Dated: September 26, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE